**KAPLAN REAL ESTATE COMPANY, INC., Appellant,**

v.

**Jean CLAUDE and Rachel Guillossou, et al., Respondents.**

**No. 74173.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 19, 1999.

Paul J. Puricelli, St. Louis, for appellant.

Richard S. Bender & Sanford J. Boxerman, St. Louis, for respondents.

Before JAMES A. PUDLOWSKI, P.J., WILLIAM H. CRANDALL, JR. and CLIFFORD H. AHRENS, JJ.

### ORDER

PER CURIAM.

Kaplan Real Estate Company, Inc. appeals from the portion of a judgment entered in favor of Wolken Real Estate Advisors, Inc. on its cross-claim for part of a real estate commission. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An opinion would have no precedential value. However, the parties have been provided with a memorandum for

